**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JOHN DOE<br><br>                    Plaintiff,<br><br>v.<br><br><br>CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, in his official capacity,<br><br>                    Defendants.<br><br><br>Serve also:  Hon. Jessica D. Abers<br>United States Attorney for the Eastern District of Virginia<br>C/O Civil Process Clerk<br>Justin W. Williams United States Attorney's Building<br>2100 Jamieson Ave<br>Alexandria, VA 22314<br><br>Serve also:  Hon. Merrick T. Garland<br>Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW,<br>Washington, DC 20530-0001 | **Civil Action No.** 1:24-cv-02365 |

### PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN PSEUDONYM OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

The Plaintiff, John Doe, moves for an Order granting leave to proceed in pseudonym or, in the alternative, for a protective order.  For the reasons explained in the accompanying Memorandum in Support of this motion, and in the interest of justice, leave should be granted.  The Plaintiff has supplied a proposed order herewith.

        Dated: December 27, 2024

1

Respectfully Submitted,

John Doe
        <u>*/s/ Susan Mary Rotkis*</u>
Susan Mary Rotkis, VSB 40693
Consumer Justice Law Firm PLC
2290 East Speedway Blvd.
Tucson, AZ 85719
Direct: 602-807-1504
Facsimile: 718-715-1750

E-mail: srotkis@consumerjustice.com


*Attorney for Plaintiff,*
*John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following party via process server and by USPS first class mail, postage prepaid.

Hon. Jessica D. Abers
United States Attorney for the Eastern District of Virginia
C/O Civil Process Clerk
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

Hon. Merrick T. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001

Christopher Wray
Director of the Federal Bureau of Investigation, in his official capacity
935 Pennsylvania Avenue,
NW, Washington DC 20531

*/s/ Susan Mary Rotkis*
Susan Mary Rotkis, VSB 40693
Consumer Justice Law Firm
2290 East Speedway Blvd.
Tucson, AZ 85719
Direct: 602-807-1504
Facsimile: 718-715-1750

E-mail: srotkis@consumerjustice.com

*Attorney for Plaintiff,*
*John Doe*