IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**JOHN DOE,**

        **Plaintiff,**

v.    Civil Action No. 1:24-cv-02365-MSN-IDD

**KASH PATEL,** Director of the Federal Bureau of Investigation, in his official capacity,

        **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Doe, above named, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Order Granting Motion to Dismiss (Doc. 30) entered on this action on the 30th day of July 2025.

Respectfully submitted,

**JOHN DOE**

_/s/_
Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM**
2290 East Speedway Boulevard
Tucson, Arizona 85719
Telephone: (602) 807-1504
Fax: (480) 613-7733
Email: srotkis@consumerjustice.com

*Attorneys for Plaintiff John Doe*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/
Susan M. Rotkis, VSB 40693
**CONSUMER JUSTICE LAW FIRM**
2290 East Speedway Boulevard
Tucson, Arizona 85719
Telephone: (602) 807-1504
Fax: (480) 613-7733
Email: srotkis@consumerjustice.com

*Attorneys for Plaintiff John Doe*